1                                                 The Honorable Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JOHN A. OLAGUES, et al., | Case No. 3:16-cv-05924-BHS |
| Plaintiffs, | STIPULATION OF DISMISSAL |
| v. | |
| MICHAEL L. ELICH, et al., | [CLERK'S ACTION REQUESTED] |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs on the one hand, and Barrett Business Services, Inc. on the other, the only appearing parties, hereby stipulate as follows:

This action is dismissed with prejudice and without any award of costs, fees or expenses to any party.

////
////
/////
////
////
////
////

STIPULATION OF DISMISSAL - 1
(3:16-cv-05924-BHS)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
111 S.W. FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97204

4828-6251-6803.2

1  IT IS SO STIPULATED:

2
3  By: *John Olagues*                          By: s/ John F. Neupert
4  John A. Olagues                              John F. Neupert, P.C., #39883
   413 Sauve Road                               MILLER NASH GRAHAM & DUNN LLP
5  River Ridge, Louisiana 70123                 111 S.W. Fifth Avenue, Suite 3400
                                                Portland, Oregon 97204
6  Telephone: (504) 305-4071                    Telephone: (503) 224-5858
   E-mail: olagues@gmail.com                    Facsimile: (503) 224-0155
7                                               E-mail: john.neupert@millernash.com
     *Plaintiff Pro Se*
8                                               *Attorneys for Defendant Barrett Business*
   Dated: 2/15/2017                             *Services, Inc.*
9
10                                              Dated: February 15, 2017
   By: _____
11 Ray Wollney
   8331 Whiskey Preserve Circle #421
12 Ft. Myers, Florida 33919
13 Telephone: (239) 690-6651
   E-mail: rwollney1@comcast.net
14
     *Plaintiff Pro Se*
15
16 Dated: _____

17

18

19 Submitted by:

20 By: s/ John F. Neupert, P.C.
21 John F. Neupert, P.C., #39883
   MILLER NASH GRAHAM & DUNN LLP
22 111 S.W. Fifth Avenue, Suite 3400
   Portland, Oregon 97204
23 Telephone: (503) 224-5858
   Facsimile: (503) 224-0155
24 E-mail: john.neupert@millernash.com

25 *Attorneys for Defendant Barrett Business Services, Inc.*

26

STIPULATION OF DISMISSAL - 2
(3:16-cv-05924-BHS)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224-5858 | F: 503.224.0155
111 S.W. FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97204

4828-6251-6803.2

**IT IS SO STIPULATED:**

By: _____
John A. Olagues
413 Sauve Road
River Ridge, Louisiana 70123
Telephone: (504) 305-4071
E-mail: olagues@gmail.com

*Plaintiff Pro Se*

Dated: _____

By: *[signature: Ray Wollney]*
Ray Wollney
8331 Whiskey Preserve Circle #421
Ft. Myers, Florida 33919
Telephone: (239) 690-6651
E-mail: rwollney1@comcast.net

*Plaintiff Pro Se*

Dated: 2/15/17

By: _____
John F. Neupert, P.C., #39883
MILLER NASH GRAHAM & DUNN LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
E-mail: john.neupert@millernash.com

*Attorneys for Defendant Barrett Business Services, Inc.*

Dated: _____

Submitted by:

By: _____
John F. Neupert, P.C., #39883
MILLER NASH GRAHAM & DUNN LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
E-mail: john.neupert@millernash.com

*Attorneys for Defendant Barrett Business Services, Inc.*

STIPULATION OF DISMISSAL - 2
(3:16-cv-05924-BHS)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
111 S.W. FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97204

4828-6251-6803.2